```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 08722
   NELIA LUBANG
   KEN A LUBANG                             CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-5526     SSN XXX-XX-5400

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/10/05 and confirmed on 08/05/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  15084.40 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
LOANCARE SERVICING CENTE  CURRENT MORTG         .00            .00             .00
LOANCARE SERVICING CENTE  MORTGAGE ARRE    13849.58            .00        13849.58
CITIZENS BANK             UNSECURED        NOT FILED           .00             .00
HSBC AUTO FINANCE         SECURED               .00            .00             .00
MITSUBISHI MOTOR CRED OF  SECURED               .00            .00             .00
DIVERSIFIED CONSULTANTS   UNSECURED        NOT FILED           .00             .00
          Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13849.58       .00          .00          .00      13849.58
PRINCIPAL PAID      13849.58       .00          .00          .00      13849.58
INTEREST PAID            .00       .00          .00          .00           .00
TOTAL PAID          13849.58       .00          .00          .00      13849.58
The Debtor's attorney, JAY M REESE                , was allowed $     .00
and was paid $       .00 .

The Trustee received $    564.75 .

Refunds to the Debtor totaled $    670.07 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 04/11/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

PAGE  2
CASE NO. 05 B 08722 NELIA LUBANG & KEN A LUBANG